Matthew T. Christensen, ISB: 7213
ANGSTMAN JOHNSON
3649 N. Lakeharbor Lane
Boise, Idaho 83703
Phone: (208) 384-8588
Fax: (208) 853-0117
Email: mtc@angstman.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>PAVEMENT MARKINGS NORTHWEST, INC.<br><br>Debtor. | Case No. 17-01071-TLM<br>Chapter 11<br><br>NOTICE OF HEARINGS |

PLEASE TAKE NOTICE that the Debtor's Emergency and Continuing Motion for Authorization to Use Cash Collateral (Docket No. 4) are scheduled to come before the Court for preliminary hearing and disposition on the 23rd day of August 23, 2017, at 10:30 a.m., or as soon thereafter as the matter can be heard, and for final hearing and disposition on the 18th day of September, 2017, at 1:30 p.m., or as soon thereafter as the matter can be heard at the United States Courthouse, 550 W. Fort Street, Boise, Idaho  83724.

Your rights may be affected.  You should read the motion carefully and discuss it with your attorney, if you have one.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then you or your attorney may file a response with the Bankruptcy Court and, at the same time, serve a copy of that response on the Debtor c/o

NOTICE OF HEARINGS – PAGE 1
Matter: 9519-005

Matthew T. Christensen.  You can also attend the scheduled hearing and present your views to support your filed response at that time.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an Order granting that relief.

DATED this 16th day of August, 2017.

           /s/ Matt Christensen
MATTHEW T. CHRISTENSEN
Attorney for Debtor

NOTICE OF HEARINGS – PAGE 2
Matter: 9519-005

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of August, 2017, a true and correct copy of the foregoing NOTICE OF HEARINGS was filed electronically and upon such filing the CM/ECF registered participants were served by electronic means as more fully reflected on the Notice of Electronic Filing.  I further certify that on said date  the twenty largest unsecured creditors (described further on the attached *Exhibit B*) and any parties listed below, were served by depositing copies thereof in the United States Mail with first-class postage prepaid, enclosed in envelopes addressed to said creditors at their respective addresses.

| | |
|---|---|
| Matthew T. Christensen | mtc@angstman.com |
| Us Trustee | ustp.region18.bs.ecf@usdoj.gov |
| R. Ron Kerl | ron@cooper-larsen.com |
| Jan D. Sokol | jdsokol@lawssl.com |
| Kelly Greene McConnell | kgm@givenspursley.com |
| Ronald W. Goss | Ronald_W_Goss@KeyBank.com |

/s/ Matt Christensen

Matthew T. Christensen

NOTICE OF HEARINGS – PAGE 3
Matter: 9519-005

# EXHIBIT B

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Pavement Markings Northwest, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF IDAHO** |
| Case number (if known): | **17-01071** |

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ally Financial<br>PO Box 8125<br>Cockeysville, MD 21030 | | 2016 Dodge 5500 Crew Cab | | $49,696.00 | $40,000.00 | $9,696.00 |
| Ally Financial<br>PO Box 8125<br>Cockeysville, MD 21030 | | 2016 Dodge RAM 5500 Crew | | $49,315.00 | $40,000.00 | $9,315.00 |
| Atlas Sand & Rock, Inc.<br>4341 Snake River Avenue<br>Lewiston, ID 83501 | | Services rendered | | | | $36,355.40 |
| Braun-Jensen, Inc.<br>509 S. Ninth Street<br>Payette, ID 83661 | | Services rendered | | | | $10,000.00 |
| Chase<br>P.O. Box 15548<br>Wilmington, DE 19886-5548 | | Credit card | | | | $33,084.97 |
| Chrysler Capital<br>PO Box 961272<br>Fort Worth, TX 76161 | | 2016 Dodge RAM 3500 1 Ton Rover | | $40,167.00 | $30,000.00 | $10,167.00 |
| Ennis Paint<br>115 Todd Court<br>Thomasville, NC 27360 | | Paint | | | | $248,807.90 |
| Farwest Steel Corp.<br>4421 Enterprise<br>Boise, ID 83705 | | Services rendered | | | | $7,908.95 |
| Flint Trading, Inc.<br>115 Todd Court<br>Thomasville, NC 27360 | | Services rendered | | | | $295,895.28 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Pavement Markings Northwest, Inc.** | | | Case number *(if known)* | | **17-01071** |

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Idaho State Insurance Fund 1215 W. State Street Boise, ID 83720-0044** | | **Insurance** | | | | **$7,529.00** |
| **Idaho State Tax Commission P.O. Box 36 Boise, ID 83722-0410** | | **taxes** | | | | **$9,355.00** |
| **Interstate Signways 7415 Lindsey Road Little Rock, AR 72206** | | **Services rendered** | | | | **$41,385.16** |
| **John Deere Const. & Forestry 6400 NW 68th St. P.O. Box 6800 Johnston, IA 50131** | | **2016 John Deere Mini Excavator** | | **$63,944.00** | **$50,000.00** | **$13,944.00** |
| **Olsen Wheeler CPA 839 E. Winding Creek, Drive Eagle, ID 83616** | | **Services rendered** | | | | **$14,547.50** |
| **PetroCard Systems, Inc 730 S. Central Avenue S Kent, WA 98032** | | **Fuel** | | | | **$8,117.08** |
| **Steve Regan Co. 3801 US-20 Caldwell, ID 83605** | | **Services rendered** | | | | **$17,611.48** |
| **Strategic & Operational Sol. 701 S. Allen St. Ste 101 Meridian, ID 83642** | | **Services rendered** | | | | **$13,708.22** |
| **United States Treasury 1500 Pennsylvania Avenue, NW Washington, DC 20220** | | **Taxes** | | | | **$29,213.73** |
| **Walters Ready Mix, Inc 342 W. Fourth North Rexburg, ID 83440** | | **Services rendered** | | | | **$11,249.86** |
| **Zumar Industries Inc. 12015 Steele Street S Tacoma, WA 98444** | | **Services rendered** | | | | **$10,955.92** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy