Noah G. Hillen, ISB No. 7690
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 6538
Boise, Idaho 83707
Telephone (208) 297-5774
Facsimile (208) 297-5224
ngh@hillenlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re:<br><br>PAVEMENT MARKINGS NORTHWEST, INC.,<br><br><br><br>Debtor. | CHAPTER 7<br><br>CASE NO.  17-01071-TLM |
|---|---|

**NOTICE OF SALE BY TRUSTEE**

TO THE DEBTORS, DEBTORS ATTORNEY, CREDITORS AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT the undersigned Trustee will sell the below described property in which the above entitled estate claims an interest pursuant to 11 U.S.C. § 363, Fed. R. Bankr. P. 6004(b).  This sale will be final unless a written objection and request for hearing is received by the U.S. Bankruptcy Court (located at 550 West Fort Street, Boise, ID 83724) and the Trustee on or before twenty-one (21) days from the date of this notice.

1. DESCRIPTION OF PROPERTY TO BE SOLD:
   2008 Chevy Silverado HD3500 (VIN: 1GCHK23668F121424);
   1993 Kenworth DS T800 (VIN: 1NKDXR0X0PS591863)

2. TYPE OF SALE: Public Online Auction

3. TERMS OF SALE: The property shall be sold to the highest bidder in cash.  Property offered for sale is subject to change prior to sale.

4. TIME AND PLACE OF SALE: Sale will be by public online auction to the highest bidder in cash, closing at 6:00 p.m. on June 14, 2018. The Property may be viewed prior to the auction on June 9th from 10:00 a.m. to 6:00 p.m. at 547 E. Stagecoach Road, Kuna, Idaho 83634.

5. TREATMENT OF EXISTING LIENS:
   Trustee knows of no valid liens claimed against the property.

6. <u>VALUE OF PROPERTY TO BE SOLD:</u> The approximate auction values of the Property are: Chevy - $3,000 and Kenworth - $15,000.

7. <u>AUTHORITY FOR CONDUCTION SALE:</u>
   11 U.S.C. § 363(b)

8. <u>MISCELLANEOUS INFORMATION:</u>
   This sale shall be effective immediately and the fourteen day stay imposed by Rule 6004(h) and other rules is hereby waived. The sale proceeds will be subject to a proposed auctioneer commission, buyer's premium, and related costs as approved by the Court. If required, sale may be continued from time to time or place to place without further notice.

9. <u>ADDITIONAL TERMS OF SALE:</u>
   The property is sold "AS IS", "WHERE IS", and without warranty of any nature whatsoever, either express or implied. Any model years and information listed is not a representation by the Trustee, but is provided to assist purchasers and is based upon the Trustee's best information and belief. Purchasers are deemed to have conducted their own inspection and should not rely on descriptive information provided herein.

   Property offered for sale is subject to change or withdrawal prior to sale.

Date: May 18, 2018

/s/ Noah G. Hillen
Noah G. Hillen,
Chapter 7 Trustee

## *CERTIFICATE OF SERVICE*

I hereby certify that on this date as indicated below, I electronically filed the *Notice of Sale* with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the individuals with the term "ECF" noted next to their name.  I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) [either listed below or on the attached list].

*Electronic Notification*

U.S. TRUSTEE
ustp.region18.bs.ecf@usdoj.gov

Matthew T. Christensen
mtc@angstman.com

*Served by U.S. MAIL*

ATTACHED MAILING MATRIX

/S/  Noah G. Hillen
Chapter 7 Bankruptcy Trustee
Date: 5/18/2018