# Simmons Clubb & Hodges, CPA's, PLLC

*Member American Institute of Certified Public Accountants*

410 S. Orchard St. • Suite 156　　　　　　　　　　　　　　　Telephone (208) 336-6800
Boise, Idaho 83705　　　　　　　　　　　　　　　　　　　　FAX (208) 343-2381

```
PAVEMENT MARKINGS NORTHWEST            INVOICE NO.:  0024141-IN
C/O NOAH HILLEN, TRUSTEE                      DATE:  06/18/18
P.O. BOX 6538                          CLIENT CODE:  40000P
BOISE, ID  83707

---------------------------------------------------------------
FOR PROFESSIONAL SERVICES RENDERED:
---------------------------------------------------------------


ACCOUNTING SERVICES PER ATTACHED
DETAIL.

                                       AMOUNT DUE:     5587.50
```

PAYMENT DUE UPON RECEIPT
================================================================

| CURRENT | OVER 30 | OVER 60 | OVER 90 | OVER 120 | BALANCE DUE |
|---------|---------|---------|---------|----------|-------------|
| 5587.50 |         |         |         |          | 5587.50     |

**FINANCE CHARGE:** Periodical rate 1.00% • Annual rate 12% applied to accounts over 30 days

# Pavement Markings Northwest
Recap of Services Performed
December 2017 to June 2018

| Date | By | Hours | Rate | Total Charged | Description of Service Performed |
|---|---|---|---|---|---|
| 12/04/17 | RC | 0.50 | 195.00 | 97.50 | Calls to Trustee and Client bookkeeper to get access to data |
| 12/07/17 | RC | 1.50 | 195.00 | 292.50 | Meet with bookkeeper at her office, copy requested accounting records, run reports from client computer system |
| 12/18/17 | SH | 2.00 | 90.00 | 180.00 | Set up Client accounting records into ATB |
| 12/19/17 | BP | 1.50 | 90.00 | 135.00 | Reconcile 1st 3 Q payroll reports, review info available for 4th Q preparation |
| 12/20/17 | BP | 1.00 | 90.00 | 90.00 | Complete review of 4th Q payroll reports and 2018 W-2's |
| 12/26/17 | RC | 0.50 | 90.00 | 45.00 | Review 2016 tax return, questions to Trustee |
| 01/05/18 | BP | 2.50 | 90.00 | 225.00 | Complete 4th Q payroll reports, convert client data to facilitate preparation of 2018 forms W-2's and Form W-3 |
| 01/08/18 | BP | 1.00 | 90.00 | 90.00 | Complete 2018 W-2's for mailing |
| 01/08/18 | EB | 0.50 | 90.00 | 45.00 | Review 2018 w-2's data input |
| 01/11/18 | MP | 0.30 | 195.00 | 58.50 | Review 2018 w-2's and 4th Q payroll reports |
| 01/22/18 | BP | 0.30 | 90.00 | 27.00 | Rerun employee w-2's for address update |
| 03/02/18 | RC | 0.50 | 195.00 | 97.50 | Info to Lacerte to prepare and file extension to file 2017 returns |
| 05/07/18 | RC | 3.00 | 195.00 | 585.00 | Convert book to tax depreciation, adjustments to accounting info provided |
| 05/09/17 | RC | 2.00 | 195.00 | 390.00 | Continue accounting adjustments, input carryovers to Lacerte, record trustees accounting transactions |
| 05/10/18 | RC | 6.00 | 195.00 | 1170.00 | Prepare 2017 tax returns, email trustee with items needed to prepare 2018 tax return |
| 05/14/18 | RC | 4.00 | 195.00 | 780.00 | Complete 2017 return, enter trustees 2018 transactions into accounting records |
| 06/11/18 | RC | 1.50 | 195.00 | 292.50 | Prep 2018 return |
| 06/14/18 | RC | 0.30 | 195.00 | 58.50 | Review IRS payroll tax balance due notices |
| 06/14/18 | BH | 1.30 | 195.00 | 253.50 | Review corporate returns 2017 and 2018 |
| 06/18/18 | RC | 3.00 | 195.00 | 585.00 | Recreate 2016 federal and Idaho returns to facilitate MT request for a 2016 return, not originally filed when return prepared by corporations tax preparer |
| 06/18/18 | BP | 1.00 | 90.00 | 90.00 | Copy, assemble, address returns for filing |
|  |  |  | 0.00 | 0.00 |  |
|  |  |  | 0.00 | 0.00 |  |
|  |  |  | 0.00 | 0.00 |  |
|  |  |  | 0.00 | 0.00 |  |
|  |  | 34.20 |  | 5587.50 | Total invoice amount |